1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JERMAINE JOHNSON,                        1:09-cv-01906-YNP-DLB (HC)

12            Petitioner,                      ORDER GRANTING MOTION
                                               TO PROCEED IN FORMA PAUPERIS
13        vs.
                                               (DOCUMENT #2)
14   JAMES A. YATES,

15            Respondent.
                                         /
16

17        Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

18   28 U.S.C. § 2254.

19        Petitioner has filed a motion to proceed in forma pauperis and a certified copy of petitioner's

20   prison trust account statement.   Examination of these documents reveals that petitioner is unable to

21   afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis is GRANTED.

22   See 28 U.S.C. § 1915.

23

24        IT IS SO ORDERED.

25    Dated:   **November 3, 2009**              **/s/ Dennis L. Beck**
                                               UNITED STATES MAGISTRATE JUDGE
26

27

28